# Exhibit G

## ANNEXURE 6A

## ACCOUNTING PROCEDURE

### PARAGRAPH 1 – GENERAL PROVISIONS

**1.1   Purpose**

This detailed Accounting Procedure forms an integral part of the HOA. The purpose of this detailed Accounting Procedure is to describe certain provisions as provided herein, including setting out the detailed nature of Petroleum Costs, and to clarify and prescribe the intended mechanism for the recovery of said costs, the payment of the Remuneration Fee to the **CONTRACTOR,** and the manner in which the **CONTRACTOR**'s Accounts shall be prepared, submitted and approved. The provisions of this document shall therefore, with regard to the HOA, be comprehensive for the recovery of the Petroleum Costs and the Remuneration Fee and other related matters.

**1.2   Definitions**

Capitalised terms and expressions are defined below and elsewhere in this Annexure:

**Abroad** means outside the Kurdistan Region and other parts of Iraq

**Accounts** is defined in Paragraph 1.3.1.

**Aggregate Revenues** means the aggregated amount of monthly revenues in Dollars earned by the **CONTRACTOR** from the sales of all Petroleum, and any tariffs paid by third parties in connection with the use of the Facilities.

**Arm's-Length Sales** means sales of Petroleum in freely convertible currencies between sellers and buyers having no direct or indirect relationship or common interest whatsoever with each other that could reasonably influence such sales price. Such Arm's- Length Sales shall exclude:

    a)  sales between or among the **CONTRACTOR** and its Affilates;

    b)  sales involving the KRG;

    c)  sales involving exchanges and any transactions not relating to normal commercial practices.

**CONTRACTOR** shall mean Dana and its rightful and lawful assignees.

**Dollars** means the lawful currency of the United States of America.

**Facilities** shall mean the plant, pipelines, and all other equipment and facilities installed by **CONTRACTOR** in respect of the Services performed, pursuant to the HOA.

**Further Services Plan** means an approved plan or plans other than the Initial Services Plan in respect of Services in the HOA Areas.

**Initial Services Plan** means the scope of the Services set out in Annexure 3 and Annexure 5 as updated and including appraisal, drilling, well rehabilitation, Operation Activities and the purchase and installation of two LPG trains and other processing facilities, and for the construction of the pipeline for the transportation of processed gas including to the IPP electrical power stations at Erbil and Bazian.

**Operating Activities** means the activities commencing at First Gas in respect of the servicing, maintenance and operation of the Facilities, including production, processing, transportation, storage and handling facilities.

**Operating Costs** means all costs incurred by the **CONTRACTOR** in respect of Operating Activities.

**Petroleum** means all naturally occurring hydrocarbons which (as applied in this HOA) includes any condensates, LPGs and natural gas and any products derived therefrom.

**Petroleum Costs** means all Expenses and Operating Costs incurred by the **CONTRACTOR** in connection with the Services.

**Remuneration Fee** is defined in Paragraph 4.2.

**Services Plan** shall mean either the Initial Services Plan or any Further Services Plan.

**Tax or Taxes** means all current or future governmental levies, duties, payments, charges, impositions, imposts, withholdings, fees, taxes (including value added tax or other sales or transaction based tax, corporation tax, income tax, capital gains tax, stamp duty, land tax, registration tax, capital and wealth tax, profit tax, dividend tax or withholdings, transfer tax, customs duties, branch or permanent establishment tax or withholdings, tax on income from movable capital and fixed tax on transfers) or contributions payable or applicable to the HOA.

## 1.3    Accounting Records and Reports

1.3.1    The **CONTRACTOR** shall keep at its offices in the Kurdistan Region and/or Abroad copies of all books and accounts of all Aggregate Revenues and all Petroleum Costs (the "**Accounts**"). The Accounts shall be kept in accordance with prudent international petroleum industry practice and in accordance with the provisions of the Accounting Procedure. The Accounts shall be kept for a period of five (5) years.

1.3.2    The **CONTRACTOR** shall maintain appropriate   accounting records to segregate, properly record and  account for the Petroleum Costs  incurred and Aggregate Revenues (as hereafter defined) earned by the **CONTRACTOR** from the  HOA Areas.



- 2 -

1.3.3. The **CONTRACTOR** shall provide to the **KRG** appropriate periodic reports on the Accounts to enable the recovery of Petroleum Costs and the Remuneration Fee by the **CONTRACTOR** and for the repayment of the balance amount of Aggregate Revenues remaining in any month after the recovery of Petroleum Costs and the Remuneration Fee to the **KRG** in accordance with the provisions of Paragraph 4. The requisite reports are set out in Paragraphs 6, 7, 8, 9 and 10 of this Accounting Procedure. Each of the reports and statements submitted by the **CONTRACTOR** shall be considered true and correct if not contested by the **KRG**. The **KRG** may, however, contest and raise an exception thereto within the timeframe and under the process set out in Paragraph 1.5 of this Accounting Procedure.

1.3.4 All reports and statements shall be prepared in accordance with the HOA, Kurdistan Region Law, and where there are no relevant provisions of either of these, in accordance with prudent international petroleum industry practice.

## 1.4 Language and Units of Account

All Accounts shall be maintained and prepared in the English language and shall be recorded in Dollars. Where necessary for clarification, the **CONTRACTOR** may also maintain Accounts in other currencies.

## 1.5 Audit and Inspection Rights of the KRG

1.5.1. The **KRG** shall have the right: (a) to audit the Accounts with respect to each Calendar Year within a period of two (2) Calendar Years following the end of such Calendar Year ("**Audit Period**"); and (b) to retain an auditor of international standing familiar with international petroleum industry accounting practice to undertake or assist the **KRG** to undertake the said audit.

1.5.2 For purposes of auditing, the **KRG**, acting reasonably and in accordance with prudent international petroleum industry practice, may examine and verify, at reasonable times upon reasonable prior written notice to the **CONTRACTOR**, all charges and credits relating to the Services, such as books of account, accounting entries, material records and inventories, vouchers, payrolls, invoices and any other documents, correspondence and records including electronic records reasonably considered necessary by the **KRG** to audit and verify the charges and credits, values and treatments.

1.5.3 Furthermore, the auditors appointed in accordance with Paragraph 1.5.1 of this Accounting Procedure shall have the right in connection with such audit, to visit and inspect at reasonable times, all sites, plants, facilities, warehouses and offices of the **CONTRACTOR** directly or indirectly supporting the Services and to question personnel associated with the Services.

1.5.4 Where the **KRG** requires verification of personnel and other support charges made by the **CONTRACTOR** or an Affiliate (as defined in Clause 9 of this HOA) of the **CONTRACTOR**, at the end of each calendar year the **CONTRACTOR** shall provide a certificate from its auditors to substantiate the costs billed, which shall be binding and conclusive on the Parties.



1.5.3   During the Audit Period, but not thereafter, the **KRG**, acting reasonably and in accordance with prudent international petroleum industry practice, may request in writing all reasonably available information and justifications for its audit of Petroleum Costs.

1.5.5   Should the **KRG** consider, on the basis of data and information available, that the **CONTRACTOR** made a material mistake or there is any irregularity in respect of the Accounts and considers that any corrections, adjustments or amendments should be made, the **KRG** shall make any audit exceptions in writing and notify to the **CONTRACTOR** within six (6) Months of the date of the request referred to Paragraph 1.5.1. Failure to give such written exception within the specified time shall be deemed to be final approval of the correctness of the **CONTRACTOR**'s Accounts.

1.5.6.  In respect of any audit exception made by the **KRG** in accordance with Paragraph 1.5.5 hereof, the **CONTRACTOR** shall then have sixty (60) days to make necessary corrections, adjustments or amendments, or to present its comments in writing or request a meeting with the **KRG**. The **KRG** shall within thirty (30) days of the **CONTRACTOR**'s response, notify the **CONTRACTOR** in writing of its position on the corrections, adjustments, amendments or comments. If thereafter there still exists a disagreement between the **KRG** and the **CONTRACTOR**, the Dispute will be settled in accordance with Paragraph 1.5.7.

1.5.7.  Any Dispute between the Parties under this Paragraph 1.5 that cannot be settled amicably within sixty (60) days of the **KRG**'s final notice under Paragraph 1.5.6 may be submitted to an independent expert at the request of either the **KRG** or the **CONTRACTOR.** In this specific instance, the decision of the expert shall not necessarily be final and any Party may decide to submit the matter to arbitration in accordance with the provisions of the HOA.

1.5.8.  All agreed adjustments resulting from an audit shall be promptly made in the **CONTRACTOR**'s Accounts and any consequential adjustments to payments due to the **CONTRACTOR** or to the **KRG**, as the case may be, shall be made promptly.

## 1.6    Payments

1.6.1   All payments between the Parties shall, unless otherwise agreed, be in Dollars and be made into a bank designated in writing by each receiving Party; and all sums due under the HOA shall be paid within thirty (30) days following the end of the Month in which the obligation to make such payment occurred and shall be offset against any outstanding payments by either Party.

1.6.2   All sums due by one Party to the other under the HOA shall, for each day such sums are overdue, bear interest compounded monthly at LIBOR plus two per cent (2%) or actual interest cost incurred by the affected Party, whichever is greater.

## 1.7    Currency Exchange Rates



1.7.1   Amounts received and Petroleum Costs incurred, shall be converted from other currencies into Dollars in accordance with the **CONTRACTOR**'s standard accounting procedures which shall reflect generally accepted accounting practices in the international petroleum industry.

**1.8     Financial Provisions**

1.8.1.  The **CONTRACTOR** shall not realise any gain or loss due to exchange rate fluctuations and, consequently, any gain or loss resulting from the exchange of currency shall be either considered as Aggregate Revenues and credited to the Accounts or shall be considered as a Petroleum Cost and be recovered by the **CONTRACTOR** in accordance with this HOA.

1.8.2.  The **CONTRACTOR** shall at all times be entitled to freely convert into Dollars or any other foreign currency, any Iraqi dinars received in the framework of the Services and to freely transfer the same Abroad.

1.8.3.  The **CONTRACTOR** shall have the right to be paid, receive, keep, transfer and use Abroad, without any restrictions or right of set off, all compensation and Remuneration Fee as set out in Paragraph 4.

1.8.4.  The **CONTRACTOR** and its Subcontractors shall have the right to freely open and maintain bank accounts in connection with the Services within or outside the Kurdistan Region and other parts of Iraq.

1.8.5.  The **CONTRACTOR** shall have the right to pay in any freely convertible currency all its financial requirements for the Services and to convert these currencies to Iraqi dinars in any bank in the Kurdistan Region or other parts of Iraq.

1.8.6.  The **CONTRACTOR** shall have the right, in respect of compensation set out in Paragraph 4 of this Accounting Procedure, to freely repatriate Abroad and to freely dispose of: (a) any proceeds received in the Kurdistan Region or other parts of Iraq from the sale of Petroleum; (b) any proceeds received from other operations and activities carried out under this HOA in the Kurdistan Region or other parts of Iraq.

1.8.7.  The **CONTRACTOR** shall have the right to pay in any foreign currency its Subcontractors and its personnel, either in the Kurdistan Region, other parts of Iraq, or Abroad.

1.8.8   The **CONTRACTOR's** Affiliates, Subcontractors and their personnel shall equally benefit from the same rights as the **CONTRACTOR** and its personnel as regards this Paragraph.

1.8.9.  For the financing of Services, the **CONTRACTOR** shall have the right to have recourse to external financing from third parties or from its Affiliated Companies on an arm's length basis, in either case the cost of such financing shall be recoverable as a Petroleum Cost as agreed under the HOA.

**1.9.    Accrual Basis of Accounting**

All books and Accounts shall be prepared on an accrual basis, unless specified otherwise in the Accounting Procedure, in accordance with generally accepted accounting principles used in the international petroleum industry.

## PARAGRAPH 2 – WORK PROGRAM AND BUDGET

### Approval of Work Program and Budget

2.1.   Within ninety (90) days following the submission of any Further Services Plan to the **KRG**, the **CONTRACTOR** shall prepare and submit to the **KRG** a proposed work program (together with a budget) in respect of work anticipated to be performed in respect of  such Further Services Plan.. Thereafter, the **CONTRACTOR** shall no later than 1 October in each calendar year after First Gas, submit to the **KRG** an annual work program (together with a budget) in respect of work anticipated to be performed pursuant to such Further Services Plan  in the coming calendar year. In order to enable the **KRG** to forecast expenditures, any work program shall include details of the following (for the avoidance of doubt, "including" and similar words when used herein does not imply any limitations):

   (a)   works to be carried out;

   (b)   material and equipment to be acquired by main categories;

   (c)   type of services to be provided, distinguishing between third parties and Affiliated Companies; and any budget shall include the categories of general and administrative expenditure.

   No further approval of the **KRG** is required in respect of the Initial Services Plan which the **CONTRACTOR** has already initiated with the approval of the **KRG**, and in relation to which the **CONTRACTOR** is currently performing Services. For the avoidance of doubt, the costs incurred or to be incurred by the **CONTRACTOR** pursuant to the Initial Services Plan shall be considered Petroleum Costs and shall be recovered by the **CONTRACTOR** in accordance with the terms of this Accounting Procedure.

2.2.   Any modification to a proposed work program and budget shall be discussed by the Parties who shall meet to discuss such proposed modifications within forty five (45) days from its receipt. In the event that no mutually agreed changes are made to such proposed modifications by the Parties within 30 days of the said meeting, then the proposal made by the **CONTRACTOR** shall be deemed adopted.

2.3.   The **CONTRACTOR** shall be authorised to incur excess expenditures not budgeted in an approved work program and budget provided that the aggregate amount of such excess expenditures shall not exceed ten per cent (10%) of the approved work program and budget in any calendar year, and provided further that such excess expenditures shall be reported as soon as is reasonably practicable to the **KRG**. For the avoidance of doubt, all excess

expenditures shall be recovered by the **CONTRACTOR** in accordance with the provisions of this Accounting Procedure.

2.4. In cases of emergency, the **CONTRACTOR** may incur such additional expenditures to an approved work program and budget as it deems necessary to protect life, environment or property. Such additional expenditures shall be reported promptly to the **KRG**. For the avoidance of doubt, any such additional expenditure shall be considered Petroleum Costs and shall be recovered by **CONTRACTOR** in accordance with the provisions hereof.

2.5. In accordance with the HOA, the Services to be performed by the **CONTRACTOR** in the HOA Areas shall include:

    (i) all seismic and drilling activities including: (a) geological, geophysical, aerial and any other surveys and interpretation of data relating thereto; (b) drilling of shot holes, core holes, stratigraphic tests holes etc; (c) the drilling of wells; (d) the production testing and the purchase or acquisition of supplies, materials and equipment therefor.

    (ii) The implementation of plans and all development operations devised and performed pursuant to the HOA with a view to developing all Petroleum and reservoirs, including: drilling of wells; primary and subsequent recovery projects and pressure maintenance; survey, engineering, building and erecting or laying of production plants and facilities (including: separators, compressors, generators, pumps and tankage, gathering lines, pipelines and all facilities required to be installed for production, pressure maintenance, and treatment, storage and transportation of Petroleum); obtaining of such materials, equipment, machinery, items and supplies as may be required or expedient for the foregoing activities; and all auxiliary operations, including operations conducted pursuant to approved Petroleum development programmes or production plans and activities required or expedient for the production and sale of Petroleum.

    (iii) all maintenance activities and other operations directly or indirectly related or connected with the above operations (including pipeline maintenance and health, safety and environmental operations and activities) and other activities authorised or contemplated by, or performed by the **CONTRACTOR**.

    (iv) any services in respect of petroleum operations for the processing, production and sale of Petroleum from the start of commercial production, including extraction, injection, stimulation, pumping, treatment, storage, engineering, operating, servicing, repairing, and maintaining any wells, plants, equipment, pipelines, terminals and any other installations and facilities, and any related operations and auxiliary operations, and storage and transportation of Petroleum to the relevant delivery point.



(v)     any works, together with all related and auxiliary activities, for decommissioning and/or removal and/or abandonment and making safe all of the production facilities and site restoration and remediation related.

(vi)    all of the activities and operations contemplated by the HOA in respect of Petroleum including  any activity relating to the marketing of Petroleum , including any evaluation to find a commercial market for Petroleum and  shall include activities related to the evaluation of the quantities of Petroleum to be sold, its quality, the geographic location of potential markets to be supplied, as well as the evaluation of the costs of production, transportation and distribution of the Petroleum from the applicable delivery point  to the relevant market.

(vii)   all related operations and activities required for the foregoing  work scope together with any other additional services which although not expressly mentioned may reasonably be inferred as forming part of the scope of the Services; and

(viii)  all other services reasonably requested by the **KRG**

## PARAGRAPH 3 –   RECOVERABLE COSTS OF THE CONTRACTOR

**3.1    Costs**

All Petroleum Costs incurred by **CONTRACTOR** in connection herewith shall be recoverable. Such costs shall include:

3.1.1   Surface Rights

All direct costs necessary in connection with surface rights acquired and maintained in force for the purposes of the HOA.

3.1.2   Labour and Associated Labour Costs

(a)     The **CONTRACTOR**'s or its Affiliates' locally-recruited personnel based in the Kurdistan Region: Costs of all **CONTRACTOR**'s locally recruited personnel who are directly engaged in the conduct of the Services in the Kurdistan Region. If such personnel are also engaged in other activities in the Kurdistan Region, in addition to the Services, the costs of such personnel shall be apportioned on a time sheet basis according to sound accounting principles.

(b)     The **CONTRACTOR's or its Affiliates'** personnel who are other than those based in the Kurdistan Region: Costs of all such personnel who are engaged in the conduct of the Services, and other support costs in respect of various professional, administrative, scientific, technical and other services provided by or on behalf of the **CONTRACTOR** or its Affiliates for the Services, in accordance with the respective cost allocation systems in place for these companies. At the end of each



- 8 -

Calendar Year, the **CONTRACTOR** or its Affiliates will provide a certificate from its auditors to substantiate the cost billed, which shall be final and binding on the Parties.

3.1.3   Transportation and Personnel Relocation Costs

The cost of transportation of personnel, equipment, materials and supplies necessary for the conduct of the Services, along with other related costs such as, but not limited to, Taxes, import duties, customs fees, unloading charges, dock fees, and inland and ocean freight charges.

3.1.4   Charges for Services

(a)   Third Parties

The actual costs of contract services, services of professional consultants, utilities, and other services necessary for the conduct of the Services performed by third parties other than Affiliates of the **CONTRACTOR**.

(b)   Affiliates of the **CONTRACTOR**

The use of equipment and facilities owned and furnished by the **CONTRACTOR's** Affiliates at arms-length commercial rates commensurate with the cost of ownership, operation and usage (as appropriate).

3.1.5   Communications

The costs of acquiring, leasing, installing, operating, repairing and maintaining communication systems including radio and microwave facilities in connection with the Services (within Iraq and Abroad).

3.1.6   Office and Miscellaneous Facilities

The costs to the **CONTRACTOR** of establishing, maintaining and operating any office, sub-office, warehouse, housing or other facilities in connection with the Services, shall be allocated (as appropriate) on an equitable basis in accordance with prudent international petroleum industry practice.

3.1.7   Ecological and Environment

(a)   Costs incurred in connection with Services as a result of legislation for archaeological and geophysical surveys relating to identification and protection of cultural sites or resources;

(b)   Costs incurred in environmental or ecological surveys required by regulatory authorities and any other costs incurred in complying with the requirements of the HOA and applicable environmental Laws.

(c)   Costs to provide or have available pollution containment and removal equipment;

- 9 -

(d)    Costs of actual control and cleanup of oil spills, and of such further responsibilities resulting therefrom as may be required by applicable Laws and regulations;

(e)    Costs of restoration of the operating environment incurred pursuant to an approved scheme prepared in accordance with the HOA; and

(f)    Costs to provide for the decommissioning of facilities and site restoration, including any related activity required by the **KRG** or other competent authority or by the HOA.

3.1.8    Material and Equipment Costs

Costs of materials and supplies, equipment, drilling rigs, machines, tools and any other goods of a similar nature purchased, leased, hired, used or consumed in connection with the Services.

3.1.9    Rentals

All rentals of every kind and nature levied by the **KRG** or any other relevant governmental authority.

3.1.10   Insurance and Losses

Insurance premiums and costs incurred for insurance carried in connection with the Services.

For the avoidance of doubt, if the insurers fail to pay any sums claimed under the insurance policies in respect of insurances carried by the **CONTRACTOR** (or if liability exceeds the coverage supplied under any insurance policy) for any reason whatsoever (except where the non-payment of sums claimed arises as a result of a willful default by the **CONTRACTOR**), then all such sums to the extent that such sums are not covered and   paid under the insurance policies, shall be treated as Petroleum Costs.

3.1.11 Legal Expenses

All reasonable costs and expenses resulting from the handling, investigating, asserting, defending, or settling of any claim or legal action necessary or expedient for the procuring, perfecting, retention and protection of the HOA Areas, and in defending or prosecuting lawsuits involving the HOA Areas or any third party claim arising out of or in connection with the Services, or sums paid in respect of legal services necessary for the protection of the  interest of the **KRG** and the **CONTRACTOR,** shall be recoverable. Such expenditures shall include attorney's fees, court costs, arbitration costs, costs of investigation, and procurement of evidence and amounts paid in settlement or satisfaction of any such litigation and claims provided such costs are not covered elsewhere in this Annexure B. Where other legal services are rendered in matters relating to the HOA, the HOA or the Services by salaried or regularly retained lawyers of the **CONTRACTOR** or an Affiliated Company, such costs shall be included instead under Paragraph 3.1.2.

3.1.12 Claims

Expenditures made in the settlement or satisfaction of any loss, claim, damage, judgment or other expense arising out of or relating to the Services, except as may otherwise be covered elsewhere in this Annexure 6.

3.1.13 Training Costs

All costs and expenses incurred by the **CONTRACTOR** in the training of all personnel (including personnel nominated by the **KRG**) pursuant to and in connection with the HOA.

3.1.14 General and Administrative Costs

All offices and general administrative expenditures in the Kurdistan Region including supervisory, accounting, procurement, employee relations services and any other services necessary for the performance of the Services.

A fixed overhead charge of 4% shall also be applied monthly on Petroleum Costs to cover the general overhead costs of the **CONTRACTOR** and/or its Affiliates.

3.1.15 Banking Charges, Financing Costs  and Currency Exchange Losses

Charges and fees by banks and other financial institutions for money transfers, payments and foreign exchange transactions, as well as currency exchange losses incurred by the **CONTRACTOR** in connection with the Services. Financing costs calculated on the unrecovered Petroleum Costs at LIBOR plus 2% per annum compounded monthly, until such time as the Petroleum Costs are recovered.

3.1.16 Security Costs

All costs and expenses incurred by the **CONTRACTOR** in respect of security arrangements provided by the **CONTRACTOR** and the **KRG** in connection

with the Services, including security costs attributable to procurement, transportation, marketing and lifting of Petroleum in the performance of the Services.

3.1.17. De-Mining Costs

All costs and expenses incurred by the **CONTRACTOR** in respect of the de-mining operations carried out under the HOA.

3.1.18. Petroleum Marketing Costs

All costs and expenses incurred by the **CONTRACTOR** in respect of the marketing and lifting of Petroleum and related products carried out under the HOA

3.1.19. **KRG** Capacity Building Support payments

**KRG** Capacity Building Support payments totaling US$ 10 million, which are payable as US$ 1 million per calendar month starting 30 days from the date of the HOA.

3.1.20. Other Expenditures

Other expenditures not covered or dealt with in the foregoing provisions of Paragraph 3, including those arising from any changes in Law and indemnities provided by the **CONTRACTOR**, which are necessarily incurred by the **CONTRACTOR** in connection with the performance of the HOA, as well as costs and expenses (whether directly related to the HOA or not) paid on behalf of, and with the approval of the **KRG** and/or under the **KRG**'s direction.

**3.2     Credits to the Petroleum Costs**

The proceeds (other than the proceeds from the sale of Petroleum received pursuant to the HOA and any tariffs paid by third parties to the **CONTRACTOR** in connection with the use of the production facilities and pipelines) in respect of the items listed below, shall be credited to Petroleum Costs:

3.2.1    The proceeds of any insurance or claim or judicial awards in connection with the Services under the HOA or any Assets charged to the Accounts under the HOA where such operations or Assets have been insured and their respective premium charged to the Accounts.

3.2.2    Legal costs charged to the accounts under Paragraph 3.1.11 and subsequently recovered by the **CONTRACTOR**.

3.2.3    Any adjustment received by the **CONTRACTOR** from the suppliers/manufacturers or their agents in connection with a defective material the cost of which was previously charged by the **CONTRACTOR** to the Accounts under the HOA.

3.2.4  Rentals, refunds, including refunds of taxes paid, or other credits received by the **CONTRACTOR** which apply to any charge which has been made to the Accounts under the HOA, but excluding any award granted to the **CONTRACTOR** under arbitration or expert determination proceedings.

3.2.5  Costs originally charged to the Accounts under the HOA for materials subsequently exported from the Kurdistan Region or transferred to another Contract Area within the Kurdistan Region.

3.2.6  Proceeds from the sale or exchange by the **CONTRACTOR** of plant or facilities used in connection with the Services, the acquisition costs of which have been charged to the Accounts under the HOA.

3.2.7  Proceeds derived from the sale or license of any intellectual property the development costs of which were incurred pursuant to and are recoverable under the HOA.

3.2.8  Proceeds derived from the sale, exchange, lease, hire, transfer or disposal in any manner whatsoever of any other item the costs of which have been charged to the Services.

**3.3  Duplication of Charges and Credits**

Notwithstanding any provision to the contrary in this Accounting Procedure, there shall be no duplication of charges or credits to the Accounts under the HOA.

3.4  **Approvals**

The Bid Committee comprising representatives of the **CONTRACTOR** and the **KRG** is responsible for receiving bids, reviewing the bid analysis, monitoring project costs and endorsing the contracts awarded. The Bid Committee recommendations are approved by the **KRG** representative on the said committee.

The approval of Bid Committee recommendations for the award of contracts for supplies and services under the HOA and the HOA shall constitute an approval by the **KRG** for the purposes of cost recovery of the related costs finally incurred under said contracts.

### PARAGRAPH 4 – RECOVERY OF PETROLEUM COSTS AND REMUNERATION TO CONTRACTOR

All Petroleum Costs incurred by the **CONTRACTOR**, together with the Remuneration Fee, shall be recovered from the Aggregate Revenues as compensation for the performance of the Services pursuant to the following terms:

4.1.  All Petroleum Costs incurred shall be recovered on a monthly basis from the Aggregate Revenues earned by the **CONTRACTOR**. Any Petroleum Costs



not recovered at the end of each Month shall be carried forward to the succeeding Month, until such time as the Petroleum Costs are fully recovered.

4.2. In addition to the reimbursement of Petroleum Costs, the **CONTRACTOR** shall be entitled to earn a Remuneration Fee which shall be an amount sufficient to provide the **CONTRACTOR** with an Internal Rate of Return of 18% on the Petroleum Costs incurred (herein, "IRR"). In no event, however, shall the Remuneration Fee be less than ten percent (10%) of the Aggregate Revenues earned during the term of the HOA, which shall not be less than 25 years in accordance with the provisions of the HOA. The remuneration of the **CONTRACTOR** determined as stipulated in this Paragraph shall be defined as the **Remuneration Fee**. The procedure for the calculation of the **Remuneration Fee** is set out in Paragraph 4.4.

4.3. The Aggregate Revenues received by the **CONTRACTOR** in each Month shall be applied as follows:

   a) First, to the recovery of the Remuneration Fee due to the **CONTRACTOR,** as provided for under the provisions of Paragraph 4.2, and computed in accordance with the procedure set out in Paragraph 4.4.

   b) Secondly, to the recovery of Petroleum Costs incurred by the **CONTRACTOR.**

   The balance amount of Aggregate Revenues remaining in any Month after the recovery of Petroleum Costs and the Remuneration Fee, shall be payable by the **CONTRACTOR** to the **KRG.**

4.4. The procedure for the calculation and recovery of the Remuneration Fee shall be as follows:

   a. From the date of first receipt of Aggregate Revenues, the **CONTRACTOR** shall recover, for each Month, 10% of the Aggregate Revenues received during said Month, which amount shall be subject to adjustments, as may be applicable, in accordance with the provisions of Paragraph 4.4 (b) and (c) below.

   b. At the end of each said Month, **CONTRACTOR** shall perform a check to determine whether the amounts recovered by the **CONTRACTOR** towards Petroleum Costs have exceeded the unrecovered Petroleum Costs incurred up to such Month-end ("**Payback Computation**"). Payback is deemed to have occurred when the amounts recovered by the **CONTRACTOR** towards the applicable Petroleum Costs have exceeded unrecovered Petroleum Costs incurred up to said Month end. Pursuant to this Payback Computation, if Payback has occurred, then **CONTRACTOR** shall calculate the amount sufficient to provide **CONTRACTOR** with the IRR.

   c. Where, in any given Month, the Aggregate Revenues received by **CONTRACTOR** are insufficient to enable the **CONTRACTOR** to earn the IRR, then **CONTRACTOR** shall re-perform the IRR calculation at the end of each subsequent Month. Such recalculations shall continue and be repeated in



each subsequent successive Month(s) until the **CONTRACTOR** has received amounts that are sufficient to earn it the IRR. Notwithstanding the foregoing, the **CONTRACTOR** shall be entitled to separately earn the IRR in respect of the Initial Services Plan and any Further Services Plan conducted within the HOA Areas. For the purposes of calculating the amount required to provide **CONTRACTOR** with the IRR, the **CONTRACTOR** shall include:

(i) the applicable Monthly recoveries of 10% of the Aggregate Revenues;

(ii) any partial payments of remuneration received each Month towards the IRR;

(iii) Petroleum Cost recoveries attributable to the Service Plan in respect of which the IRR is being calculated

from the date of commencement of the applicable Service Plan.

## PARAGRAPH 5 – RECORDS AND VALUATION

### 5.1     Records

The **CONTRACTOR** shall maintain detailed records of property in use for the Services under the HOA in accordance with international petroleum industry practice.

### 5.2     Inventories

Inventories of property in use for the Services shall be taken at reasonable intervals, but in any event at least once a year with respect to movable assets and once every three (3) years with respect to immovable assets. The **CONTRACTOR** shall give the **KRG** at least thirty (30) days prior written notice of its intention to take such inventory and the **KRG** shall have the right to be represented when such inventory is taken.

Failure of the **KRG** to be represented at an inventory take shall nevertheless bind the **KRG** to accept the inventory taken by the **CONTRACTOR**.

The **CONTRACTOR** shall clearly inform the **KRG** about the principles upon which valuation of the inventory has been based. The **CONTRACTOR** shall make every effort to provide to the **KRG** a full report on such inventory within thirty (30) days of the taking of the inventory.

### 5.3     Petroleum

5.3.1.   For the purpose of the HOA,  produced Liquids from HOA Areas shall be sold  based on the International Market Price, as defined in Paragraph 5.3.2.



5.3.2. The **"International Market Price"** referred to in Paragraph 5.3.1. shall be the weighted average price, expressed in Dollars, realized by the **CONTRACTOR** , by netback if necessary, for Arm's_Length Sales of Liquids.

The **CONTRACTOR** shall provide evidence to the **KRG** that the sales of Liquids referred to in this Paragraph are Arm's Length Sales. If the **KRG** considers that any such sale of Liquids is not on the basis of an Arm's Length Sale, then any such Dispute shall (unless agreed otherwise by the Parties) be resolved in accordance the terms of Article 16 of the HOA.

5.3.3. Subject to the provisions of Paragraph 5.3.4 , the price of Excess Gas shall be the actual price realized, which may take into account quantities to be sold, quality, geographic location of markets to be supplied, as well as applicable costs of production, transportation and distribution of natural gas to the relevant market, in accordance with standard international petroleum industry practice.

5.3.4. **CONTRACTOR** shall market all Excess Gas from the HOA Areas on an Arms-Length Sales basis. The **CONTRACTOR** undertakes that it shall make reasonable efforts to obtain the Arms-Length Sales price and terms reasonably possible for the Liquids and Excess Gas in accordance with generally accepted petroleum industry practices but taking into account the location and availability of infrastructure and market. The **KRG** shall have the right to approve any price and terms for the sales of Excess Gas, but if no express disapproval of such price terms is received within 90 days of submission of any price and terms proposed by the **CONTRACTOR** then the price and terms proposed by the **CONTRACTOR** for the sales of such Excess Gas shall be deemed to have been approved by the **KRG.** In the event that the **KRG** rejects a price and terms for Excess Gas proposed by **CONTRACTOR**, then the **KRG** shall purchase such Excess Gas from the **CONTRACTOR** at the same price and terms proposed by the **CONTRACTOR.**

## PARAGRAPH 6 –PRODUCTION STATEMENT

### 6.1    Production Information

From the date of First Gas, the **CONTRACTOR** shall submit a monthly production statement to the **KRG** showing the following information:

6.1.1   The quantity and quality of each marketable component of Petroleum.

6.1.2   The quantities of Natural Gas flared and vented.

6.1.3   The size of Petroleum stocks held at the beginning of the Month in question.

6.1.4   The size of Petroleum stocks held at the end of the Month in question.

6.1.5   The quantities of Natural Gas re-injected

6.1.6   The quantities of Petroleum and products derived from Petroleum transferred at the applicable Delivery Point(s). All quantities shown in this Statement shall be expressed in both volumetric terms (Barrels of oil and cubic meters of gas) and in weight (metric tonnes).

**6.2   Submission of Production Statement**

The Production Statement for each Month shall be submitted to the **KRG** no later than ten (10) days after the end of such Month.

## PARAGRAPH 7 – VALUE OF PRODUCTION AND PRICING STATEMENT

**7.1   Value of Production and Pricing Statement Information**

The **CONTRACTOR** shall prepare a statement providing calculations of the value of Petroleum produced and saved during each Month:

This "Value of Production and Pricing Statement" shall contain the following information:

7.1.1   The quantities and prices realized therefor by the **CONTRACTOR** in respect of sales of Petroleum delivered to third party offtakers made during the Month in question.

7.1.2   The quantities and prices realized therefor by the **CONTRACTOR** in respect of sales of Petroleum delivered during the Month in question, other than to third party offtakers.

**7.2   Submission of Value of Production and Pricing Statement**

The Value of Production and Pricing Statement for each Month shall be submitted to the **KRG** not later than twenty-one (21) days after the end of such Month.

## PARAGRAPH 8 – COST RECOVERY AND CUMULATIVE PRODUCTION STATEMENT

**8.1   Cost Recovery Statement**

The recovery of Petroleum Costs shall occur on a monthly basis in accordance with Paragraph 4, and at the end of each Month the **CONTRACTOR** shall prepare with respect to such Month a Cost Recovery Statement containing the following information:

8.1.1   Recoverable Petroleum Costs carried forward from the previous Month, if any.

8.1.2   Recoverable Petroleum Costs for the Month in question.

8.1.3   Credits under the HOA for the Month in question.

8.1.4    Total Recoverable Petroleum Costs for the Month in question (Paragraph 8.1.1 plus Paragraph 8.1.2, net of Paragraph 8.1.3).

8.1.5    Amount of Petroleum Costs recovered by the **CONTRACTOR** for the Month in question in accordance with Para 4

8.1.6    Amount of recoverable Petroleum Costs to be carried forward into the next Month (Paragraph 8.1.4 net of Paragraph 8.1.5).

**8.2.     Cumulative Production Statement**

The **CONTRACTOR** shall prepare with respect to each Month a Cumulative Production Statement containing the following information:

8.2.1    The cumulative production position at the end of the Month preceding the Month in question.

8.2.2    Production of Petroleum for the Month in question.

8.2.4    The cumulative production position at the end of the Month in question.

**8.3     Preparation and Submission of Cost Recovery and Cumulative Production Statements**

8.3.1    Monthly Cost Recovery and Cumulative Production Statements shall be submitted within thirty (30) days of the end of the Month in question.

**8.4     Annual Statement**

For the purposes of the HOA, an Annual Cost recovery and Cumulative Production Statement shall be submitted within ninety (90) days of the end of each Year. The Annual Statement shall contain the categories of information listed in Paragraphs 8.1 and 8.2 for the Year in question, separated into the Quarters of the Year in question and showing the cumulative positions at the end of the Year in question with respect to unrecovered Petroleum Costs and Cumulative Production.

## PARAGRAPH 9 – STATEMENT OF AGGREGATE REVENUES, COST RECOVERY AND REMUNERATION FEE

9.1     The **CONTRACTOR** shall prepare with respect to each Month a Statement of Aggregate Revenues, Cost Recovery and Remuneration Fee. The Statement will show the following:

9.1.1    Aggregate Revenues received for the Month in question.

9.1.2    Amount of Petroleum Costs recovered by the **CONTRACTOR** for the Month in question in accordance with Paragraph 4

9.1.3    Remuneration Fee received by the **CONTRACTOR** for the Month in question in accordance with Paragraph 4.

9.1.4. Surplus, remaining after the recovery of the Petroleum Costs and the Remuneration Fee for the Month in question, which is payable to the **KRG**.

9.2     The Statement of Aggregate Revenues, Cost Recovery and Remuneration Fee of each Month shall be submitted to the **KRG** no later than thirty (30) days after the end of such Month.

### PARAGRAPH 10 – FINAL END-OF-YEAR STATEMENT

The **CONTRACTOR** will prepare a Final End-of-Year Statement. Such Statement will contain information as provided in the Production Statement, Value of Production and Pricing Statement, Cost Recovery and Cumulative Production Statements and Statement of Revenue, Cost Recovery and Remuneration Fee and the balance of the Aggregate Revenues payable to the **KRG**, which is computed in accordance with Paragraph 4 of this Accounting Procedure. The Final End-of-Year Statement of each Calendar Year shall be submitted to the **KRG** within ninety (90) days of the end of such Calendar Year.

### PARAGRAPH 11 – CUSTOMS PROVISIONS

11.1.   All services, material, equipment, goods, consumables and products imported into the Kurdistan Region and other parts of Iraq by the **CONTRACTOR**, its Affiliates, any subcontractor or any agent of any of the foregoing, for use or consumption in the Services, shall be admitted free and exempt from any and all Taxes on import. The **CONTRACTOR,** its Affiliates, any Subcontractor or any agent of any of the foregoing shall have the right to re-export from the Kurdistan Region and other parts of Iraq free from all Taxes on export any material, equipment, goods, consumables and products that are no longer required for the Services (unless such property is no longer owned by the **CONTRACTOR**), in which case re-export shall be approved by the **KRG**.

11.2    The **CONTRACTOR**, its Affiliates, any Subcontractor or any agent of any of the foregoing, and their personnel (including their family members) shall have the right to freely import into the Kurdistan Region and other parts of Iraq and re-export from the Kurdistan Region and other parts of Iraq any personal belongings and furniture free and exempt from any Taxes on import or export. The sale in the Kurdistan Region and other parts of Iraq of personal belongings and furniture of expatriate personnel shall comply with Kurdistan Region Law.

11.3    The **CONTRACTOR** and its Affiliates shall be entitled to freely export from the Kurdistan Region and other parts of Iraq, free of any Taxes, any Petroleum to which it is entitled pursuant to the provisions of this HOA.

11.4.   The **KRG** shall indemnify the **CONTRACTOR,** its Affiliates, any Subcontractor or any agent of any of the foregoing, and their personnel (including their family members) for any import or export Taxes referred to in Paragraphs 11.1, 11.2 or 11.3.

## PARAGRAPH 12 – TAX PROVISIONS

As provided for under Paragraph 13 of Annexure 6 of the HOA, Taxes including corporate income taxes or any similar liability of the **CONTRACTOR** (and of their Affiliates and Subcontractors) in respect of their activities pursuant to this HOA shall be paid directly by the **KRG** on behalf of them to the appropriate tax authorities. Furthermore, the **KRG** shall fully indemnify the **CONTRACTOR** (and their Affiliates and Subcontractor) upon demand against any Taxes levied upon **CONTRACTOR** (and on their Affiliates and the Operator) as a result of their activities under this HOA.

## PARAGRAPH 13 – OPERATOR'S ACCOUNTING AND OTHER MATTERS

13.1.   The **CONTRACTOR,** pursuant to the terms of the HOA, may designate a Person or Persons as Operator on behalf of the **CONTRACTOR** for the purposes of execution of the Services including operation of all production facilities and the pipeline during the subsistence of the HOA. The **CONTRACTOR** shall at any time have the right to appoint another entity as the Operator upon giving the **KRG** not less than thirty (30) days' prior written notice of such appointment. Until an Operator is expressly designated pursuant to this paragraph, the **CONTRACTOR** shall act as Operator and shall be deemed to have acted as Operator during Services conducted prior to the date hereof. The overriding principle governing this operatorship shall be that the Operator shall, whilst acting in respect of its capacity as Operator, neither gain nor lose from its activities. This principle shall not affect the rights of **CONTRACTOR** when acting in a capacity other than as Operator, and shall not prejudice the rights of the **CONTRACTOR** to earn the compensation pursuant to the terms of this HOA.

13.2.   In the event that an Operator, which is a separate legal entity, is appointed, then the Parties shall develop appropriate accounting and other procedures in respect of the interface between the Parties and the Operator to include the following:

(i)   the arrangements for the lifting and marketing of Petroleum and the interface with any marketing entity designated for this purpose. The **KRG** shall (i) allow each Person comprising a component of the **CONTRACTOR** (itself or acting through a marketing agent or offtaker) to separately market and lift and export all Petroleum; and (ii) allow the **CONTRACTOR** to account for the proceeds of sales of Petroleum in accordance with the terms of this Accounting Procedure

(ii)   the funding arrangements for the Operator;

(iii)   the basis of the accounting for costs incurred by the Operator, on the principle that the Operator shall not gain or lose as a result of its appointment as Operator;

(iv)   the Work Program and Budget arrangements;

(v)     indemnity and insurance arrangements; and

(vi)    any necessary amendments to this Accounting Procedures and other procedures that are considered appropriate to govern this relationship between the Parties and the operating entity.

13.3.   The following principles shall identify and govern Operating Activities until an Operating Agreement is signed:

(i)     As Operator, the Operator shall control and manage the operation and maintenance of Facilities in accordance with approved budgets and matters reserved for **KRG**'s decisions from the date of First Gas.

(ii)    The Operator shall conduct the operation of Facilities in accordance with good petroleum industry practices, and in accordance with the principles set out in the HOA and this Accounting Procedure.

(iii)   The Operator does not warrant the performance of the Facilities or the quantities of LPG

(iv)    The Operator shall not be liable for production losses due to shutdown for reasons of maintenance, safety, mechanical breakdown or for the quality of Petroleum.

(v)     Operator's duties will include the physical operation of Facilities, maintenance and repair of Facilities, delivery of Residual Condensate to the offtaker thereof, delivery of LPG to the offtaker thereof and the performance of managerial functions including the keeping of accounts of costs incurred and proceeds from the sale of Petroleum, preparation of operating reports and budgets, and the administration of the training program. In order to perform these functions, Operator will:

   a)   Employ, as its own employees, all personnel reasonably required to perform its duties.

   b)   Hire, when reasonably necessary, contractors to perform work In or about Facilities.

   c)   Promptly pay all costs and expenses incurred in performance of its duties.

   d)   Prepare and deliver each month a record of operations concerning the previous month. The report will set forth the quantities Petroleum delivered from Facilities.

   e)   Prepare and deliver to **CONTRACTOR** each month a report of operations concerning the previous month. The contents of the report shall be mutually agreed between the **CONTRACTOR** and the Operator.

   f)   Settle damages or Injuries arising out of operation of Facilities which settlement does not exceed 25,000 U.S. Dollars, excluding any claims

by Operator or any of its affiliated companies. Settlement of claims in excess of this amount and of any claims by Operator or any of its affiliated companies will be the responsibility of **CONTRACTOR.**

g) Notify **CONTRACTOR** of metering tests.

h) Purchase, receive, stare and issue all materials, supplies and replacement parts required for the operation of Facilities, and maintain appropriate records of such transactions.

i) Conduct a training program for Iraqi citizens.

j) Prepare budgets for **CONTRACTOR**.

k) Recommend to **CONTRACTOR** on vendors and contractors for repair, maintenance, and construction work.

l) Prepare and Implement maintenance programs for Facilities.

(vi) **CONTRACTOR** shall appoint one or more representatives to supervise, Operator's operation of Facilities.

(vii) Operator will keep the **CONTRACTOR** Informed of all significant matters relating to the operation of Facilities as they may reasonably require, and will permit **CONTRACTOR** reasonable access to Facilities and to Operator's records under the HOA.

(viii) The **KRG** shall procure that all nominations for delivery to the IPP of quantities of Processed Gas are provided to the Operator in a timely manner so as to enable delivery schedules to be properly determined by the Operator.

(ix) Unless otherwise agreed by the Parties, Operator shall submit monthly to each Party, statements of the costs and expenditures incurred during the prior month, indicating by appropriate classification the nature thereof, the corresponding budget category, and the portion of such costs charged to respective Parties.

Failure to execute the Operating Agreement shall not affect the rights and obligations of either Party under the HOA.