CO-386-online
10/03

# United States District Court
# For the District of Columbia

PEARL PETROLEUM COMPANY LIMITED, DANA GAS PJSC, and )
CRESCENT PETROLEUM COMPANY INTERNATIONAL LTD )
)
)
)            Plaintiff   )      Civil Action No._____
vs                       )
)
THE KURDISTAN REGIONAL   )
GOVERNMENT OF IRAQ       )
)
Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  CRESCENT PETROLEUM COMPANY INTERNATIONAL LTD  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CRESCENT PETROLEUM COMPANY INTERNATIONAL LTD  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Howard S. Hogan
_____
Signature

492002
_____
BAR IDENTIFICATION NO.

Howard S. Hogan
_____
Print Name

1050 Connecticut Avenue, N.W.
_____
Address

Washington, DC  11101
_____
City          State          Zip Code

202.955.8500
_____
Phone Number