CO-386-online
10/03

# United States District Court
# For the District of Columbia

PEARL PETROLEUM COMPANY LIMITED, DANA GAS PJSC, and )
CRESCENT PETROLEUM COMPANY INTERNATIONAL LTD )
)
)
)
                 Plaintiff  )    Civil Action No._____
vs  )
)
THE KURDISTAN REGIONAL )
GOVERNMENT OF IRAQ )
)
                 Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __DANA GAS PJSC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DANA GAS PJSC_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                            Attorney of Record

                                            *s/ Howard S. Hogan*
                                            Signature

492002                                     Howard S. Hogan
BAR IDENTIFICATION NO.           Print Name

                                            1050 Connecticut Avenue, N.W.
                                            Address

                                            Washington, DC  11101
                                            City            State          Zip Code

                                            202.955.8500
                                            Phone Number