IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEARL PETROLEUM COMPANY LIMITED, DANA GAS PJSC, and CRESCENT PETROLEUM COMPANY INTERNATIONAL LTD,<br><br>    Petitioners,<br><br> v.<br><br>THE KURDISTAN REGIONAL GOVERNMENT OF IRAQ,<br><br>    Respondent. | Civil Action No. 1:17-cv-00894 |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for Petitioners, hereby request that the Clerk mail a copy of the summons, the petition to confirm foreign arbitral award and corresponding exhibits, and notice of suit (as well as a certified translation of each one of these documents) to:

> THE KURDISTAN REGIONAL GOVERNMENT OF IRAQ
> c/o Minister of Foreign Affairs of the Republic of Iraq
> Ministry of Foreign Affairs of the Republic of Iraq
> Baghdad 220, Republic of Iraq

by:  DHL

pursuant to the provisions of: 28 U.S.C. § 1608(a)(3)

I certify that I am not aware of any prohibitions by the domestic law of the Republic of Iraq on this method of service. In addition, I note that a special note to this Court's Attorney Manual for Service of Process on a Foreign Defendant (last revised March 2016) states that "[t]he countries of Iran and *Iraq* have not objected to service by mail."

Respectfully submitted,

Dated: May 30, 2017

*s/* Howard S. Hogan
Howard S. Hogan, DC Bar No. 492002
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
Facsimile: 202.467.0539
Email: hhogan@gibsondunn.com

*Counsel for the Petitioners Pearl Petroleum Company Limited, Dana Gas PJSC, and Crescent Petroleum Company International Ltd*